IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

NAME(S):   DAWKINS, HOWARD DEAN          CHAPTER 13 NO. 08-40808
                                         OUR FILE NO. 12645-WG

ADDRESS:   4004 SHARON CIRCLE
           SHELBY, NC 28152

SSN:       --- -- 4346

                          **Debtor**
_____


MOTION FOR APPROVAL OF
PHYSICAL DAMAGE INSURANCE SETTLEMENT REGARDING RESIDENCE AND
TO PAYOFF PLAN

**COME NOW** the above-named debtor, by and through his attorney of record, and respectfully move the Court pursuant to Section 1329 of Title 11 of the United States Code, Rule 9013 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules for the entry of an order approving a physical damage insurance settlement and to payoff plan, and in support hereof allege and say that:

1. This case was commenced by the filing of a petition with the Clerk of this Court on December 5, 2008.

2. The 341(a) meeting of creditors was held in Shelby, North Carolina on January 16, 2009.

3. The Chapter 13 plan was subsequently confirmed by order of this Court.

4. The plan presently provides for a monthly payment of $850.00.

5. The plan includes a debt to Bank of America Mortgage (hereinafter "BofA") secured by a first lien on the debtor's rental property located on a 0.555 acre lot at 2451 Cleveland Avenue, Grover, North Carolina as described in that certain Deed as recorded in Book 1126 at Page 458 of the Cleveland County Public Registry. The aforementioned property was destroyed by fire on September 13, 2010. The property is identified on the records of the trustee as secured claim number 3.

6. NGM Insurance Company has offered to settle the insurance damage claim for the sum of $107,000.00 and in fact has issued a check made payable to the debtor and Nations Bank in this amount. This check is being held at the office of the attorney for the debtor pending this Court's approval of this motion.

7. The debtor is therefore moving this Court to approve the settlement with the insurance proceeds in the sum of $107,000.00 utilized to first payoff the mortgage that is owed on the house that was destroyed at 2451 Cleveland Avenue, Grover, North Carolina.

The remaining funds shall be used to payoff the bankruptcy plan. Any remaining funds after that shall be paid to the debtor.

8. The debtor is further moving this Court for an Order requiring Nations Bank to endorse the settlement check and return it to the office of the attorney for the debtor or to accept the insurance settlement check and issue a check directly to the chapter 13 trustee to payoff the mortgage and bankruptcy plan with any remaining proceeds to be paid directly to the debtor.

9. The debtor is also moving this Court to adopt the settlement as an order subject to the contempt powers of this Court.

10. The debtor is also moving the Court for such other and additional relief as to the court may seem just and proper.

**WHEREFORE,** the debtor respectfully prays of the Court as follows:

A. That the debtor's motion for approval of a physical damage insurance settlement be granted as provided for in the body of this motion;

B. That the attorney for the debtor be granted an additional non-base legal fee of $350.00 and expenses of $94.00, said fee and expenses to be paid direct to the attorney for the debtor from the insurance settlement proceeds upon the pay off of the mortgage and of the bankruptcy plan;

C. That the insurance settlement be approved as set forth herein;

D. That Nations Bank be ordered to endorse the settlement check and return it to the office of the attorney for the debtor or to accept the insurance settlement check and issue a check directly to the chapter 13 trustee to payoff the mortgage and bankruptcy plan with any remaining proceeds to be paid directly to the debtor;

E. That the debtor has such other and further relief as to the Court may seem just and proper.

Dated this the 3rd day of December 2010

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtors
NC State Bar No. 32684
P.O. Box 1000
Shelby, NC 28151-1000
Phone (704) 487-0616 / FAX (888) 870-1644
e-mail:  bgardner@maxgardner.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN THE MATTER OF:

NAME(S):    DAWKINS, HOWARD DEAN          CHAPTER 13 NO. 08-40808
                                          OUR FILE NO. 12645-WG

ADDRESS:    4004 SHARON CIRCLE
            SHELBY, NC 28152

SSN:        --- -- 4346

                              **Debtor**
_____


NOTICE OF MOTION FOR APPROVAL OF
PHYSICAL DAMAGE INSURANCE SETTLEMENT REGARDING RESIDENCE AND
TO PAYOFF PLAN
AND NOTICE OF OPPORTUNITY FOR HEARING

(No-Protest Notice:  No Hearing Will Be Held
Unless Request For Hearing Is Filed)

**PLEASE BE ADVISED** that the above-named debtor has filed papers with the United States Bankruptcy Court for the Western District of North Carolina for approval of a physical damage insurance settlement regarding damage to the debtor's rental property in the sum of $107,000.00; for the proceeds to be used to payoff the mortgage of the destroyed property and payoff the bankruptcy plan with the remaining proceeds to be paid directly to the debtor; for an Order requiring Nations Bank to endorse the settlement check and return it to the office of the attorney for the debtor or accept the insurance settlement check and issue a check directly to the chapter 13 trustee to payoff the mortgage and the bankruptcy plan with any remaining proceeds to be paid directly to the debtor; and for legal fees of $350.00 and expenses of $94.00, said fee and expenses to be paid direct to the attorney for the debtor from the insurance settlement proceeds upon the pay off of the mortgage and the bankruptcy plan.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**YOUR RIGHTS MAY BE AFFECTED**.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor in his motion, or if you want the Court to consider your views on the motion, **then on or before December 20th, 2010,** you or your attorney must do three (3) things:

1. **File with the court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

    United States Bankruptcy Court

       Western District of North Carolina
       P.O. Box 34189
       Charlotte, NC 28234-4189

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   William S. Gardner
   Attorney for the Debtor
   P.O. Box 1000
   Shelby, NC 28151-1000

   and to:

   Steven G. Tate
   Chapter 13 Trustee
   P.O. Box 1778
   Statesville, NC 28687-1778

3. **Attend the hearing scheduled for Friday, January 28, 2011 at 9:30 a.m.** in Courtroom Number 5 at the Cleveland County Courthouse and Law Enforcement Center, 100 Justice Place, Shelby, North Carolina.

    If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 3rd day of December 2010

*/s/ William S. Gardner*

_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtors
NC State Bar No. 32684
P.O. Box 1000
Shelby, NC 28151-1000
Phone (704) 487-0616 / FAX (888) 870-1644
e-mail: bgardner@maxgardner.com

## CERTIFICATE OF SERVICE

WILLIAM S. GARDNER, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **MOTION FOR APPROVAL OF PHYSICAL DAMAGE INSURANCE SETTLEMENT REGARDING RESIDENCE AND TO PAYOFF PLAN AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

NGM Insurance Company
P.O. Box 2006
Keene, NH 03431

Bank Of America Mortgage
475 Crosspoint Parkway
Getzville, NY 14068-1609

Howard Dean Dawkins
4004 Sharon Circle
Shelby, NC 28152

**And via the Court's Electronic Case Filing System to:**

Steven G. Tate, Trustee
P.O. Box 1778
Statesville, NC 28687-1778

Linda Simpson, Bankruptcy Administrator
402 W. Trade St., Room 200
Charlotte, NC 28202-1664

4. I have also served copies of the **NOTICE OF OPPORTUNITY FOR HEARING** on all creditors listed on the master mailing matrix, a copy of which is attached hereto, in the same manner and method as described in paragraph number 3 above;
5. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
6. Service as outlined herein was made within the United States of America.

Dated this the _____ day of December 2010

_/s/ Wm. S. Gardner_
_____
William S. Gardner
Gardner Law Offices
Attorney for the Debtors
NC State Bar No. 32684
P.O. Box 1000
Shelby, NC 28151-1000

Phone (704) 487-0616 / FAX (888) 870-1644
e-mail:  bgardner@maxgardner.com

MATRIX ATTACHED HERETO AS EXHIBIT "A"

```
Label Matrix for local noticing          Bank Of America N.A.                    Branch Banking and Trust Company
0419-4                                    475 Crosspoint Pkwy                    Poyner & Spruill LLP
Case 08-40808                             P.O.Box 9000                           c/o James S. Livermon, III
Western District of North Carolina        Getzville, NY 14068-9000               Post Office Box 353
Shelby                                                                           Rocky Mount, NC 27802-0353
Thu Jan 14 08:37:24 EST 2010

Cleveland County Department of Social Servic   DaimlerChrysler Financial Services Americas,   eCAST Settlement Corporation
P. O. Box 9006                                 Hale, Dewey & Knight PLLC                      POB 35480
Shelby, NC 28151-9006                          88 Union Ave, Ste. 700                         Newark, NJ 07193-0001
                                               Memphis, Tn 38103-5128


Shelby Division                           (p)BB AND T                            BB&T Of NC Business Loan Center
P.O. Box 34189                            PO BOX 1847                            P.O. Box 580003
Charlotte, NC 28234-4189                  WILSON NC 27894-1847                   Charlotte, NC  28258-0003




Bank Of America                           Bank Of America Bankruptcy Dept.       Bank Of America Mortgage
P.O. Box 1390                             Dept NC4-105-03-14                     475 Crosspoint Parkway
Norfolk, VA  23501-1390                   P.O. Box 26012                         Getzville, NY  14068-1609
                                          Greensboro, NC 27420-6012




Bankruptcy Administrator                  Belk/GEMB                              CLEVELAND COUNTY TAX COLLECTOR
402 W. Trade St., Room 200                P.O. Box 981400                        PO BOX 370
Charlotte, NC 28202-1673                  El Paso, TX  79998-1400                SHELBY, NC 28151-0370




CSC Credit Services                       Certegy Check Services, Inc.           Chase Bank USA NA by eCAST Settlement Corpor
652 N. Sam Houston Pkwy E. Ste 400        P.O. Box 30046                         as its agent
P.O. Box 674402                           Tampa, FL 33663-0001                   POB 35480
Houston, TX 77267-4402                                                           Newark, NJ 07193-0001




Chase Card Services                       Chase Manhattan Bank USA, NA           Chase Manhattan Bank USA, NA
800 Brooksedge Blvd.                      P.O. Box 15298                         P.O. Box 15299
Columbus, OH 43081-2822                   Wilmington, DE  19850-5298             Wilmington, DE  19850-5299




ChexSystems                               (p)CHRYSLER FINANCIAL                  CitiFinancial
Attn: Consumer Relations                  27777 INKSTER RD                       P.O. Box 499
7805 Hudson Rd., Suite 100                FARMINGTON HILLS MI 48334-5326         Hanover, MD 21076-0499
Woodbury, MN 55125-1703




CitiFinancial Mortgage Co., Inc.          CitiFinancial, Inc.                    Cleveland Cty Tax Collector
1111 Northpoint Dr., Bldg 4               P.O. Box 70919                         P.O. Box 370
Coppell, TX 75019-3831                    Charlotte, NC 28272-0919               Shelby, NC  28151-0370




Consolidated Federal Credit Union         Credit Protection Association, LP      DaimlerChrysler Financial Services
2021 NE Sandy Blvd.                       Act 1467677146                         Americas, LLC
Portland, OR  97232-2817                  13355 Noel Rd. Suite 2100              C/O Hale, Dewey, & Knight, PLLC
                                          Dallas, TX 75240-6837                  88 Union Avenue Suite 700
                                                                                 Memphis, TN 38103-5128
```

Dawn W. Dawkins  
213 S. Fork Dr.  
Shelby, NC 28152-6668

Discover Bank/DFS Services LLC  
PO Box 3025  
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC  
PO BOX 3025  
NEW ALBANY OH 43054-3025

Equifax Information Services LLC  
P.O. Box 740256  
Atlanta, GA 30374-0256

Experian  
P.O. Box 2002  
Allen, TX 75013-2002

(p)FIRST NATIONAL BANK OF SHELBY  
PO BOX 168  
SHELBY NC 28151-0168

GE Money Bank  
Attn: Bankruptcy Dept.  
P.O. Box 103104  
Roswell, GA 30076-9104

GE Money Bank dba LOWES BRC  
Recovery Management Systems Corporation  
For GE Money Bank  
25 S.E. 2nd Avenue, Suite 1120  
Miami, FL 33131-1605

(p)INTERNAL REVENUE SERVICE  
CENTRALIZED INSOLVENCY OPERATIONS  
PO BOX 21126  
PHILADELPHIA PA 19114-0326

ISO Claim Search  
545 Washington Blvd.  
Jersey City, NJ 07310-1607

KAY JEWELERS  
C/O WELTMAN, WEINBERG & REIS  
323 W. LAKESIDE AVE., 2ND FL  
CLEVELAND, OH 44113-1009

Kay Jewelers  
P.O. Box 3680  
Akron, OH 44309-3680

Kay Jewelers  
P.O. Box 740425  
Cincinnati, OH 45274-0425

LexisNexis  
1900 NW Expressway, Suite 1600  
Oklahoma City, OK 73118-1845

Lowe's  
P.O. Box 530914  
Atlanta, GA 30353-0914

Lowe's Business Account  
P.O. Box 530970  
Atlanta, GA 30353-0970

N.C. Child Support Enforcement  
100 E. Six Forks Rd.  
Raleigh, NC 27609-7752

N.C. Department Of Revenue  
P.O. Box 25000  
Raleigh, NC 27640-0002

NC Department Of Revenue  
P.O. Box 1168  
Raleigh, NC 27602-1168

North Carolina Department of Revenue  
Bankruptcy Unit  
P.O. Box 1168  
Raleigh, NC 27602-1168

Roundup Funding, LLC  
MS 550  
PO Box 91121  
Seattle, WA 98111-9221

S.C. Department Of Revenue  
301 Gervais St.  
P.O. Box 125  
Columbia, SC 29214-0002

S.C. Department Of Revenue  
PO Box 12265  
Columbia, SC 29211-2265

Telecheck Services  
5251 Westheimer  
Houston, TX 77056-5499

Time Warner Cable  
3140 W. Arrowood Rd.  
Charlotte, NC 28273-0001

TransUnion  
P.O. Box 2000  
Chester, PA 19016-2000

Truliant Federal Credit Union  
585 Waughtown St #2A  
Winston-Salem, NC 27107-2275

(p)TRULIANT FEDERAL CREDIT UNION  
P O BOX 25132  
WINSTON SALEM NC 27114-5132

U.S. Attorney's Office  
Suite 1700, Carillon Bldg.  
227 W. Trade St.  
Charlotte, NC 28202-1675

United States Attorney  
Room 207 U.S. Courthouse  
100 Otis Street  
Asheville, NC 28801-2608

| | | |
|---|---|---|
| Verizon Wireless<br>Bankruptcy Group<br>P.O. Box 3397<br>Bloomington, IL 61702-3397 | WFNNB - Goodys<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 | WFNNB Bankruptcy Dept.<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Washington Mutual Card Services<br>P.O. Box 660487<br>Dallas, TX 75266-0487 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA successor by<br>merger to Washington Mutual<br>POB 35480<br>Newark, NJ 07193-0001 | Howard Dean Dawkins<br>4004 Sharon Circle<br>Shelby, NC 28152-7930 |
| Steven G. Tate<br>P.O. Box 1778<br>Statesville, NC 28687-1778 | William S. Gardner<br>Gardner Law Offices<br>PO Box 1000<br>Shelby, NC 28151-1000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847 | Chrysler Financial<br>5225 Crooks Rd. Suite 140<br>Troy, MI 48098 | (d)Chrysler Financial<br>P.O. Box 5055<br>Southfield, MI 48086-5055 |
| Discover Card<br>P.O. Box 15192<br>Wilmington, DE 19886-1020 | (d)Discover Financial Services<br>P.O. Box 8003<br>Hilliard, OH 43026 | First National Bank<br>P.O. Box 168<br>Shelby, NC 28151-0168 |
| (d)First National Bank of Shelby<br>PO Box 168<br>Shelby, NC 28151 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Truliant Federal Credit Union<br>P.O. Box 26000<br>Winston-Salem, NC 27114-6000 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kay Jewelers | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-0001 | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     2<br>Total                  69 |